**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00808-CV

### IN RE J.B. HUNT TRANSPORT, INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14817**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     CRAIG STODDART
        JUSTICE